UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| William Garcia,<br><br>          Plaintiff,<br>     v.<br><br>Receivables Performance Management, L.L.C.,<br><br>          Defendants. | Civil Action No.:  1:12-cv-11906-WGY |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: January 20, 2014

        Respectfully submitted,

        PLAINTIFF, William Garcia

        /s/ Sergei Lemberg

        Sergei Lemberg, Esq.
        B.B.O. No.: 650671
        **LEMBERG LAW, L.L.C.**
        1100 Summer Street, 3rd Floor
        Stamford, CT 06905
        Telephone: (203) 653-2250
        Facsimile:  (203) 653-3424
        slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 20, 2014, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                        By /s/ Sergei Lemberg

                                            Sergei Lemberg